HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOSE VEGA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                      )<br>              Plaintiff,                       )<br>                                                      )<br>         vs.                                      )<br>                                                      )<br> JOSE VEGA-MENDOZA,           )<br>                                                      )<br>              Defendant.                    )<br>                                                      ) | Case No.  2:16-cr-178 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: October 13, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through  Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for  Jose Vega-Mendoza that the status conference, currently scheduled for  October 13, 2016, be continued to October 20, 2016 at 10:00 a.m.

   The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case and to discuss resolution of the case.

   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 20, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1 | Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: October 11, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOSE VEGA-MENDOZA

Dated: October 11, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Katherine Lydon*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation to Continue Status Conference          -2-

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  It further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 20, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 13, 2016 status conference shall be continued until October 20, 2016, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:  October 13, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE