1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW C. BOCKMON, #161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710

5

6   Attorney for Defendant
    JOSE VEGA-MENDOZA

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          ) Case No.  2:16-cr-178 MCE
                                       )
11              Plaintiff,             ) STIPULATION AND ORDER TO CONTINUE
                                       ) STATUS CONFERENCE
12       vs.                           )
                                       )  Date: December 7, 2016
13  JOSE VEGA-MENDOZA,                 )  Time: 10:00 a.m.
                                       )  Judge: Hon. Morrison C. England, Jr.
14              Defendant.             )
                                       )
15  _____)

16  UNITED STATES OF AMERICA,          ) Case No.  2:16-cr-196 MCE
                                       )
17              Plaintiff,             )
                                       )
18       vs.                           )
                                       )
19  JOSE VEGA-MENDOZA,                 )
                                       )
20              Defendant.             )
                                       )
21  _____)

22

23          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

24  Attorney, through  Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and

25  Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon,

26  attorney for  Jose Vega-Mendoza that the status conference, currently scheduled for  December

27  7, 2016, be continued to January 19, 2017 at 10:00 a.m.

28
    Stipulation/Order                        -1-

1   The reasons for this continuance are to allow defense counsel additional time to review

2   discovery with the defendant, to continue investigating the facts of the case and to discuss

3   resolution of the case.

4   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

5   excluded of this order's date through and including January 19, 2017;  pursuant to 18 U.S.C.

6   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

7   based upon continuity of counsel and defense preparation.

8   Counsel and the defendant also agree that the ends of justice served by the Court granting

9   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

10   Respectfully submitted,

11   Dated: December 6, 2016          HEATHER E. WILLIAMS
                                      Federal Defender

12

13   */s/ Matthew C. Bockmon*
     MATTHEW C. BOCKMON
14   Assistant Federal Defender
     Attorney for Defendant
     JOSE VEGA-MENDOZA

15

16   Dated: December 6, 2016
     PHILLIP A. TALBERT
17   United States Attorney

18   */s/ Katherine Lydon*
     KATHERINE LYDON
19   Assistant U.S. Attorney
     Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

Stipulation/Order                         -2-

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 19, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  December 7, 2016 status conference shall be continued until January 19, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE