HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOSE VEGA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE VEGA-MENDOZA,<br><br>Defendant. | Case No.  2:16-cr-178 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: March 16, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through  Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorneys for  Jose Vega-Mendoza that the status conference, currently scheduled for  March 16, 2017, be continued to April 6, 2017 at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case and to discuss resolution of the case. The government is expected to provide a plea agreement to defense counsel within the next week.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from March 16, 2017 through and including April 6, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

Stipulation/Order                                           -1-

based upon defense preparation.

  Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

              Respectfully submitted,

Dated: March 15, 2017      HEATHER E. WILLIAMS
                    Federal Defender

                 */s/ Matthew C. Bockmon*
                 MATTHEW C. BOCKMON
                 Assistant Federal Defender
                 Attorney for Defendant
                 JOSE VEGA-MENDOZA

Dated: March 15, 2017

                 PHILLIP A. TALBERT
                 United States Attorney

                 */s/ Katherine Lydon*
                 KATHERINE LYDON
                 Assistant U.S. Attorney
                 Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Time from March 16, 2017 through and including April 6, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 16, 2017 status conference shall be continued until April 6, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE