| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | JOSE VEGA-MENDOZA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-178 MCE |
| Plaintiff, | ) | **[AMENDED] NOTICE OF EXCLUSION OF TIME; ORDER** |
| v. | ) | |
| JOSE VEGA-MENDOZA, | ) | Date: May 25, 2017 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |

On the Court's own May 9, 2017 motion, the status conference scheduled for May 11, 2017 was vacated and continued to May 25, 2017 at 10:00 a.m. Defense counsel has recently taken over the case and requires additional time to review case material and consult with Mr. Vega-Mendoza.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from May 11, 2017 through and including May 25, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare], 18 U.S.C. §3161(7)(A) and General Order 479, Local Code T4.  Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

| | | |
|---|---|---|
| 1 | DATED: May 17, 2017 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | /s/ *Noa E. Oren*<br>NOA E. OREN |
| 4 | | Assistant Federal Defender |
| 5 | DATED: May 17, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 6 | | |
| 7 | | /s/ *Katherine Lydon*<br>KATHERINE LYDON |
| 8 | | Assistant U.S. Attorney |

**O R D E R**

The Court orders the time from May 11, 2017, up to and including May 25, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE