```
HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE VEGA-MENDOZA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00178-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| JOSE VEGA-MENDOZA, | Date: June 1, 2017 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorneys for Jose Vega-Mendoza that the status conference, currently scheduled for June 1, 2017, be continued to June 8, 2017 at 10:00 a.m. By previous court motions, the May 11, 2017 and May 25, 2017 status conferences were vacated and continued to June 1, 2017 at 10:00 a.m.

　　　　Defense counsel will be unavailable on June 1, 2017 due to work-related travel. Additionally, defense counsel has recently taken over the case and requires more time to review case material and consult with Mr. Vega-Mendoza. By this stipulation, the parties request a continuance of the status conference to June 8, 2017, which represents the next best date for the parties.

///

| | |
|---|---|
| 1 | Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from May 11, 2017 through and including June 8, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare], 18 U.S.C. §3161(7)(A) and General Order 479, Local Code T4.  Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. |

DATED: May 19, 2017             HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ *Noa E. Oren*
                                NOA E. OREN
                                Assistant Federal Defender

DATED: May 19, 2017             PHILLIP A. TALBERT
                                United States Attorney

                                /s/ *Katherine Lydon*
                                KATHERINE LYDON
                                Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Time from May 11, 2017, up to and including June 8, 2017, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. ). It is further ordered the June 1, 2017 status conference shall be continued to June 8, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE