Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JOSE VEGA MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 16-178 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 8/3/17 AT 10:00 A.M. |
| v. | |
| JOSE VEGA MENDOZA, | |
| Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Katherine Lydon, and Defendant, Jose Vega Mendoza, represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 29, 2017.

2. By this stipulation, defendants now move to continue the status conference until August 3, 2017, and to exclude time between June 29, 2017, and August 3, 2017, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to review discovery, conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    b) The government does not object to the continuance.

1

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2017, to August 3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 27, 2017        PHILLIP A. TALBERT
                            United States Attorney

                            /s/ Katherine Lydon
                            KATHERINE LYDON
                            Assistant United States Attorney

Dated: June 27, 2017        /s/ Dina L. Santos
                            DINA L. SANTOS, ESQ.
                            Attorney for JOSE VEGA MENDOZA

**ORDER**

IT IS SO ORDERED.

Dated: July 6, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2