Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
Jose Vega Mendoza

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>JOSE VEGA MENDOZA<br>                Defendant | CASE NO. 16-CR-178 MCE<br>CASE NO  16-CR-196 MCE<br><br>STIPULATION RESETTING BRIEFING SCHEDULE AND CONTINUING J&S TO 12/7/17 (AMENDED) |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendant Jose Vega Mendoza, represented by Attorney Dina Santos, hereby stipulate to modify the briefing schedule as follows:

| | |
|---|---|
| Judgement and Sentencing: | 12/7/17 |
| Reply: | 11/30/17 |
| Correction: | 11/23/17 |
| Report to Court: | 11/16/17 |
| Informal Objections: | 11/9/17 |
| Draft PSR: | 10/26/17 |

1

IT IS SO STIPULATED.

Dated: September 28, 2017         PHILLIP TALBERT
                                  United States Attorney


                                   /s/ Katherine Lydon
                                  KATHERINE LYDON
                                  Assistant United States Attorney

Dated: September 28, 2017          /s/  Dina L. Santos
                                  DINA SANTOS, ESQ.
                                  Attorney for Jose Vega Mendoza


**ORDER**

IT IS SO ORDERED.

Dated: October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE