UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JOSE VEGA MENDOZA,<br><br>　　　　　　　Defendant.<br>_____ / | Case Nos. 2:16-cr-00178-MCE<br>and related case 2:16-cr-00196-MCE<br><br>ORDER FOR RELEASE OF PERSON<br>IN CUSTODY |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JOSE VEGA MENDOZA, Nos. 2:16-cr-00178-MCE and related case 2:16-cr-00196-MCE from custody for the following reason(s):

|  |  |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:  Pursuant to the Court's sentence of time served in the above referenced cases. |

Issued at Sacramento, California on November 30, 2017, 10:30 a.m.

DATED:   November 30, 2017

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE